UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEORGIA-PACIFIC CONSUMER PRODUCTS, LP,

        Plaintiff,

-against-

INTERNATIONAL PAPER COMPANY,

        Defendant.

07 CIV 9627

Civil Action No. _____

**RULE 7.1 STATEMENT**

Georgia-Pacific Consumer Products, LP ("Georgia-Pacific") hereby states that it is a limited partnership, not a "nongovernmental corporate party" within the meaning of Federal Rule of Civil Procedure 7.1, and is therefore not required to file a statement pursuant to that rule. Georgia Pacific nonetheless states that it is owned by GPCon/GP LLC, GP Muskogee Holdings LLC, GP Consumer Products Holdings LLC and GP Muskogee Partner LLC. None of these entities is a publicly held corporation and none is directly or indirectly owned by any publicly held corporation.

Dated:    New York, New York
          October 30, 2007

                        ARNOLD & PORTER LLP

                        By: _____
                          Ingo W. Sprie, Jr.
                          David G. Kleiman
                          399 Park Avenue
                          New York, New York 10022-4690
                          Tel: (212) 715-1000
                          Fax: (212) 715-1399

                          Counsel for Plaintiff Georgia-Pacific
                          Consumer Products, LP