# United States District Court

SOUTHERN    DISTRICT OF    NEW YORK

GEORGIA-PACIFIC CONSUMER PRODUCTS, LP,

Plaintiff,

v.

INTERNATIONAL PAPER COMPANY,

Defendant.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:

**07 CIV 9627**

TO: (Name and Address of Defendant)

**International Paper Company
c/o CT Corporation System
111 Eighth Avenue
New York, NY 10011**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY (name and address)

**Ingo W. Sprie, Jr.
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022**

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                            OCT 3 0 2007

CLERK                                             DATE

(BY) DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GEORGIA-PACIFIC CONSUMER PRODUCTS LP,

     Plaintiff,

v.

INTERNATIONAL PAPER COMPANY,

     Defendant.

2007 Civ. 9627 (SHS)

---

STATE OF NEW YORK )
          ) ss.:
COUNTY OF NEW YORK )

## AFFIDAVIT OF SERVICE

KELLY S. MOORE being duly sworn, deposes and says:

1. I am over the age of eighteen and not a party to this action.

2. On October 30, 2007 at approximately 3:25 p.m. I served defendant International Paper Company, personally delivering a true and correct copy of the, **CIVIL COVER SHEET, RULE 7.1 STATEMENT, SUMMONS IN A CIVIL CASE, and COMPLAINT**, to CT Corporation System, 111 8th Avenue, 13th Floor, New York, New York 10011. Service was accepted by Aixa Flores, Senior Process Specialist for CT Corporation System. Deponent describes the person served as female, approximately 36 years old, 5 feet 3 inches tall and weighing 140 lbs.

_____
Kelly S. Moore

Sworn to before me this
31st day of October 2007.

_____
Notary Public

CARMEN L. ROSA
NOTARY PUBLIC, State of New York
No. 01SA6019323
Qualified in Bronx County
Commission Expires October 18, 2008