**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

GEORGIA-PACIFIC CONSUMER
PRODUCTS, LP,

                  Plaintiff,

       v.

INTERNATIONAL PAPER CO.,

                 Defendant.

Case No.:     07-9627-SHS

Judge Sidney H. Stein
Magistrate Judge Theodore H. Katz

**APPEARANCE**
ECF CASE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for Defendant International Paper Co.

I certify that I am admitted to practice in this Court.

Dated: November 14, 2007

          s/ Joseph Serino, Jr.

Joseph Serino, Jr. (jserino@kirkland.com)
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York  10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900

*Counsel for Defendant International Paper Co.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2007, I caused a true and correct copy of the foregoing Appearance to be delivered by first-class mail to counsel below, and to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Ingo W. Sprie Jr.
David G. Kleiman
ARNOLD & PORTER LLP
399 Park Avenue
New York, New York  10022-4690
Telephone:    (212) 715-1000
Facsimile:    (212) 715-1399

*Counsel for Plaintiff Georgia-Pacific Consumer Products, LP*

 

 

_____ /s Joe Serino _____
*Attorney for Defendant International Paper Co.*