


UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

GEORGIA-PACIFIC CONSUMER PRODUCTS, LP,

Plaintiff,

v.

INTERNATIONAL PAPER CO.,

Defendant.

Case No.: 07 Civ. 9627 (SHS) (THK)

**STIPULATION AND ORDER EXTENDING TIME TO ANSWER**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties herein, that the time within which Defendant International Paper Co. may answer or otherwise move with respect to Plaintiff's Complaint be extended two weeks from November 19, 2007, to and including December 3, 2007. There has been no prior request for any such extension.

Dated: November 14, 2007



Respectfully submitted,

By ______________________
Ingo W. Sprie Jr. (Ingo_Sprie@aporter.com)
David G. Kleiman (David_Kleiman@aporter.com)
ARNOLD & PORTER LLP
399 Park Avenue
New York, New York 10022-4690
Telephone: (212) 715-1000
Facsimile: (212) 715-1399

*Counsel for Plaintiff Georgia-Pacific Consumer Products, LP*

By ______________________
Joseph Serino, Jr. (jserino@kirkland.com)
Atif Khawaja (akhawaja@kirkland.com)
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

*Counsel for Defendant International Paper Co.*

SO ORDERED, this 15th day of November, 2007

______________________
Hon. Sidney H. Stein
UNITED STATES DISTRICT JUDGE