UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS, LP,<br><br>           Plaintiff,<br><br>- against -<br><br>INTERNATIONAL PAPER CO.,<br><br>           Defendant. | Case No.:  07 CV 9627 (SHS) (THK)<br><br>**APPEARANCE**<br>ECF CASE |

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for Defendant International Paper Co.

I certify that I am admitted to practice in this Court.

Dated: November 20, 2007

                                s/  Atif Khawaja                        

Atif Khawaja
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York  10022-4611
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900

*Attorney for Defendant Int'l Paper Co.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 20, 2007, I caused a true and correct copy of the foregoing Appearance to be delivered by first-class mail to counsel below, and to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Ingo W. Sprie Jr.
David G. Kleiman
ARNOLD & PORTER LLP
399 Park Avenue
New York, New York 10022-4690
Telephone: (212) 715-1000
Facsimile: (212) 715-1399

*Counsel for Plaintiff Georgia-Pacific Consumer Products, LP*

                                                  /s Atif Khawaja
                                                  *Attorney for Defendant International Paper Co.*