UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS, LP,<br><br>Plaintiffs,<br><br>-against-<br><br>INTERNATIONAL PAPER COMPANY,<br><br>Defendant. | 07 Civ. 9627 (SHS)<br><br><br><br>**NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that Ingo W. Sprie, Jr., a member of the firm of Arnold & Porter LLP, hereby appears as counsel of record for plaintiff in the above-referenced action and hereby requests notice of all matters in this action.

Dated:  New York, New York
       November 29, 2007

                                        Respectfully submitted,

                                        ARNOLD & PORTER LLP

                                        By:    /S/ Ingo W. Sprie, Jr.
                                              Ingo W. Sprie, Jr.
                                              399 Park Avenue
                                              New York, New York  10022-4690
                                              Tel:  (212) 715-1000
                                              Fax:  (212) 715-1399

                                        *Counsel for Plaintiff Georgia-Pacific*
                                        *Consumer Products, LP*