Joseph Serino, Jr.
Atif Khawaja
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone: 212-446-4800
Facsimile:  212-446-4900

*Counsel for Defendant International Paper Co.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS, LP,<br><br>             Plaintiff,<br><br>     - against -<br><br>INTERNATIONAL PAPER CO.,<br><br>             Defendant. | Case No.:  07 CV 9627 (SHS) (THK)<br><br>ECF CASE<br><br><u>RULE 7.1 STATEMENT</u> |

## DEFENDANT INTERNATIONAL PAPER COMPANY'S, CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant International Paper Company, makes the following disclosure statement:

International Paper Company is a publicly traded company.  No publicly-traded company owns 10% or more of International Paper Company's stock.

Dated: December 3, 2007　　　　　　　　　　KIRKLAND & ELLIS LLP
　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　/s Joseph Serino, Jr.
　　　　　　　　　　　　　　　　　　　　Joseph Serino, Jr.
　　　　　　　　　　　　　　　　　　　　Atif Khawaja
　　　　　　　　　　　　　　　　　　　　Citigroup Center
　　　　　　　　　　　　　　　　　　　　153 East 53rd Street
　　　　　　　　　　　　　　　　　　　　New York, New York  10022-4611
　　　　　　　　　　　　　　　　　　　　Telephone:　(212) 446-4800
　　　　　　　　　　　　　　　　　　　　Facsimile:　(212) 446-4900

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant International Paper Co.*