Joseph Serino, Jr.
Atif Khawaja
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone: 212-446-4800
Facsimile:  212-446-4900

*Counsel for Defendant International Paper Co.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS, LP,<br><br>　　　　　　　　Plaintiff,<br><br>　- against -<br><br>INTERNATIONAL PAPER CO.,<br><br>　　　　　　　　Defendant. | Case No.:　　07 CV 9627 (SHS) (THK)<br><br>ECF Case |

## NOTICE OF MOTION TO DISMISS

　　PLEASE TAKE NOTICE that, upon the attached Declaration of Joseph Serino, Jr., declared to on December 3, 2007, and the accompanying memorandum in support, the undersigned hereby move before the Honorable Sidney H. Stein, Judge of the United States District Court for the Southern District of New York, at the United States District Courthouse located at 500 Pearl Street, New York, NY 10007, for an order to dismiss the pending complaint pursuant to Fed. R. Civ. P. 12(b)(6).

Dated: December 3, 2007　　　　　　　　　　KIRKLAND & ELLIS LLP
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　/s Joseph Serino, Jr.

　　　　　　　　　　　　　　　　　　　　　Joseph Serino, Jr.
　　　　　　　　　　　　　　　　　　　　　Atif Khawaja
　　　　　　　　　　　　　　　　　　　　　Citigroup Center
　　　　　　　　　　　　　　　　　　　　　153 East 53rd Street
　　　　　　　　　　　　　　　　　　　　　New York, New York  10022-4611
　　　　　　　　　　　　　　　　　　　　　Telephone:    (212) 446-4800
　　　　　　　　　　　　　　　　　　　　　Facsimile:    (212) 446-4900

　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant International Paper Co.*