Joseph Serino, Jr.
Atif Khawaja
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone: 212-446-4800
Facsimile: 212-446-4900

*Counsel for Defendant International Paper Co.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS, LP,<br><br>                Plaintiff,<br><br>    - against -<br><br>INTERNATIONAL PAPER CO.,<br><br>                Defendant. | Case No.:  07 CV 9627 (SHS) (THK)<br><br>ECF CASE |

## DECLARATION OF JOSEPH SERINO, JR. IN SUPPORT OF DEFENDANT INTERNATIONAL PAPER'S MOTION TO DISMISS

I, Joseph Serino, Jr., pursuant to 28 U.S.C. § 1746, declare as follows:

1.     I am a member of the law firm Kirkland & Ellis LLP, attorneys for Defendant International Paper Co. in the above-captioned matter. I am fully familiar with the facts and circumstances of this action.

2.     I submit this Declaration and its attached exhibit in support of International Paper Co.'s Motion to Dismiss.

3. In particular, I offer to place before the Court a document referred to in Plaintiff's complaint and appropriately considered by the Court on a motion to dismiss under applicable law.

4. Annexed hereto as Exhibit 1 is a true and correct copy of the fully executed contract between Federal Paper Board Co., Inc. and Riegel Products Corp. This contract is referred to throughout Plaintiff's complaint. *See, e.g.,* Complaint, at ¶¶ 1, 13-18.

Dated: December 3, 2007
      New York, New York

                                              /s Joseph Serino, Jr.
                                              Joseph Serino, Jr.