# ARNOLD & PORTER LLP



Ingo W. Sprie, Jr.
Ingo_Sprie@aporter.com
212.715.1124
212.715.1399 Fax

399 Park Avenue
New York, NY 10022-4690

December 7, 2007

**BY FACSIMILE**

The Honorable Sidney H. Stein
United States District Court
Southern District of New York
U.S. Courthouse
500 Pearl Street, Room 1010
New York, N.Y. 10007

    Re:    *Georgia-Pacific Consumer Products, LP v. International Paper Company*, 07 Civ. 9627 (SHS)

Dear Judge Stein:

    We represent plaintiff Georgia-Pacific Consumer Products, LP ("Georgia-Pacific") in the above-referenced matter. We write on behalf of both parties to this action to respectfully request an adjournment of the Initial Case Management Conference ("Conference") currently scheduled for December 14, 2007 at 12:30 p.m.

    On December 3, 2007, defendant International Paper Company filed a motion to dismiss the Complaint, to which Georgia-Pacific will be responding. In view of the pending motion, the parties jointly request that the Conference be adjourned.

    No previous request for an adjournment has been made.

    Thank you for your consideration of this matter.

    Respectfully,

    Ingo W. Sprie, Jr.

*[Handwritten note: 12/9/07 Dec 14, 2007 conf is adjourned sine die. So ordered. /s/ Sidney H. Stein]*

cc: Atif N. Khawaja (by facsimile)

Washington, DC    New York    London    Brussels    Los Angeles    Century City    Northern Virginia    Denver