UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS, LP,<br><br>Plaintiff,<br><br>-against-<br><br>INTERNATIONAL PAPER COMPANY,<br><br>Defendant. | 07 Civ. 9627 (SHS)<br><br>**PLAINTIFF'S NOTICE OF MOTION FOR SUMMARY JUDGMENT** |

PLEASE TAKE NOTICE that upon the attached Statement of Undisputed Material Facts Pursuant to Local Rule 56.1; the accompanying Declaration of Ingo W. Sprie, Jr., dated December 17, 2007 along with the exhibits attached thereto; and the accompanying Memorandum of Law dated December 17, 2007, plaintiff Georgia-Pacific Consumer Products, L.P. ("Georgia-Pacific") will move this Court on January 15, 2007 before the Honorable Sidney H. Stein at the United States District Courthouse, 500 Pearl Street, New York, New York 10007 in Courtroom 23A for an Order pursuant to Federal Rule of Civil Procedure 56, granting summary judgment in favor of plaintiff Georgia Pacific and against defendant International Paper Company.

PLEASE TAKE FURTHER NOTICE that answering papers, if any shall be served and filed on or before ten business days after the service of these motion papers.

Dated: New York, New York
December 17, 2007

                                          Respectfully submitted,

By: _____
Ingo W. Sprie, Jr.
David G. Kleiman
ARNOLD & PORTER LLP
399 Park Avenue
New York, New York 10022-4690
Tel: (212) 715-1000
Fax: (212) 715-1399
Ingo.Sprie@aporter.com

*Counsel for Plaintiff Georgia-Pacific Consumer Products, LP*

TO:    Joseph Serino, Jr.
          Atif Khawaja
          KIRKLAND & ELLIS LLP
          Citigroup Center
          153 East 53rd Street
          New York, New York 10022-4611