UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS, LP,<br><br>Plaintiff,<br><br>-against-<br><br>INTERNATIONAL PAPER COMPANY,<br><br>Defendant. | 07 Civ. 9627 (SHS) |

### DECLARATION OF INGO W. SPRIE, JR. IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Ingo W. Sprie, Jr. hereby declares under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am a member of the Bar of this Court and of the law firm of Arnold & Porter LLP, counsel for plaintiff Georgia-Pacific Consumer Products LP ("Georgia-Pacific").

2. I make this declaration in support of Georgia-Pacific's Motion for Summary Judgment and in opposition to defendant International Paper Company's ("International Paper") Motion to Dismiss.

3. Attached hereto as Exhibit A is a true and correct copy of the Complaint filed in this action, dated October 30, 2007.

4. Attached hereto as Exhibit B is a true and correct copy of the Purchase Agreement between Federal Paper Board Company, Inc. and Riegel Products Corporation, dated February 23, 1972.

5. Attached hereto as Exhibit C is a true and correct copy of the Assumption Agreement between Federal Paper Board Company, Inc. and Riegel Products Corporation, dated April 3, 1972.

6. Attached hereto as Exhibit D is a true and correct copy of the Letter of Intent signed by William M. Riegel and John R. Kennedy, Jr., a representative of Federal Paper Board Company, Inc.

7. Attached hereto as Exhibit E is a true and correct copy of an excerpt of the Certificate of Merger of Federal Paper Board Company Inc. and Riegel Paper Corporation Into Federal Paper Board Company, Inc.

8. Attached hereto as Exhibit F is a true and correct copy of an excerpt of Int'l Paper Co., Registration Statement Under the Securities Act of 1933 (Form S-4) (Feb. 9, 1996).

9. Attached as Exhibit G is a true and correct copy of a General Notice Letter from Deborah Mellott, Acting Strategic Integration Manager, Emergency and Remedial Response Division, EPA, to John V. Faraci, Chairman & CEO, International Paper Company (Apr. 12, 2005).

10. Attached hereto as Exhibit H is a true and correct copy of an Administrative Settlement Agreement And Order On Consent For Remedial Investigation And Feasibility Study between Georgia-Pacific and the Environmental Protection Agency.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 17, 2007

_____
Ingo W. Sprie, Jr.