Exhibit G



UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
REGION 2
290 BROADWAY
NEW YORK, NY 10007-1866

APR 1 2 2005

**GENERAL NOTICE LETTER**
**URGENT LEGAL MATTER**
**PROMPT REPLY NECESSARY**
**CERTIFIED MAIL: RETURN RECEIPT REQUESTED**

John V. Faraci, Chairman & CEO
International Paper Company
400 Atlantic Street
Stamford, CT 06921

    Re:    General Notice Letter for the Crown Vantage Landfill Site, Alexandria Township, Hunterdon County, New Jersey

Dear Mr. Faraci:

    The U.S. Environmental Protection Agency ("EPA") has received and reviewed International Paper Company's ("International Paper") response to its January 28, 2005 Information Request, which was sent to International Paper in connection with the Crown Vantage Landfill Site ("the Site") located in Alexandria Township, Hunterdon County, New Jersey. Based on International Paper's response and other available information, EPA has determined that International Paper may be responsible under the Comprehensive Environmental Response, Compensation, and Liability Act, as amended ("CERCLA"), commonly known as the federal "Superfund" law, for cleanup of the Site or costs EPA has incurred in cleaning up the Site.

### Explanation of Potential Liability

    Under CERCLA, specifically Sections 106(a) and 107(a), potentially responsible parties ("PRPs") may be required to perform cleanup actions to protect the public health, welfare, or the environment. PRPs may also be responsible for costs incurred by EPA in cleaning up the Site, unless the PRP can show divisibility or any of the other statutory defenses. PRPs include current and former owners and operators of a Site, as well as persons who arranged for treatment and/or disposal of any hazardous substances found at the site, and persons who accepted hazardous substances for transport and selected the site to which the hazardous substances were delivered.

Based on the information collected, EPA believes that International Paper may be liable under Section 107(a) of CERCLA with respect to the Crown Vantage Landfill Site, as an (1) arranger, who by contract or agreement, arranged for the disposal, treatment or transportation of hazardous substances at the Site; and (2) previous owner and/or operator of the Site.

To date, EPA has taken several response actions at the Site under the authority of the Superfund Program. A removal assessment was conducted between June and November of 2003 in order to gain a basic understanding of any risks posed to human health and/or the environment by releases or threatened releases from the Site. Based upon the assessment, a Removal Site Evaluation, dated May 25, 2004, recommended a removal action be taken to stabilize the exposed landfill face to eliminate the potential release of containers and waste material into the Delaware River. EPA conducted an Emergency Removal Action, authorized on September 23, 2004, to stabilize specific areas of the landfill face which had been impacted by recent flooding.

EPA is currently negotiating with a PRP to fund additional work in the form of a time-critical removal action to further stabilize the Site. By this letter, EPA is offering you an opportunity to participate in these negotiations. Because of the time-critical nature of this response action, negotiations to fund this work need to be completed quickly. Consequently, if you are interested in participating, please contact EPA by no later than April 22, 2005.

### Financial Concerns/Ability to Pay Settlements

EPA is aware that the financial ability of some PRPs to contribute toward the payment of response costs at a site may be substantially limited. If you believe, and can document, that International Paper falls within that category, please contact William Reilly at (212) 637-3154 for information on "Ability to Pay Settlements." In response, you will receive a package of information about the potential for such settlements and a form to fill out with information about your finances, and you will be asked to submit financial records including federal income tax returns. If EPA concludes that International Paper has a legitimate inability to pay the full amount of EPA's costs, EPA may offer a schedule for payment over time or a reduction in the total amount demanded.

Also, please note that, because EPA has a potential claim against International Paper, you must include EPA as a creditor if International Paper files for bankruptcy.

### Resources and Information

As you may be aware, on January 11, 2002, President Bush signed into law the Superfund Small Business Liability Relief and Brownfields Revitalization Act. This Act contains several exemptions and defenses to CERCLA liability, which we suggest that all parties evaluate. You may obtain a copy of the law via the Internet at http://www.epa.gov/swerosps/bf/sblrbra.htm and review EPA guidances regarding these

exemptions at http://www.epa.gov/compliance/resources/policies/cleanup/superfund.

EPA has established an Administrative Record that contains documents that serve as the basis for EPA's selection of a cleanup action for the Site. The Administrative Record is available to you and the public for inspection and comment at the Superfund Records Center, EPA Region 2, 2890 Woodbridge Avenue, Building 205, Edison, New Jersey. If you wish to make an appointment to review the Administrative Record you should contact a representative at the Records Center at (732) 906-6980.

Please give these matters your immediate attention and consider consulting with an attorney. If you have any questions regarding this letter, please contact William Reilly at (212) 637-3154. Thank you for your prompt attention to this matter.

Sincerely,

Deborah Mellott
Acting Strategic Integration Manager
Emergency and Remedial Response Division

cc: Camille Corbin, Esq.