UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEORGIA-PACIFIC CONSUMER PRODUCTS, LP,

Plaintiff,

-against-

INTERNATIONAL PAPER COMPANY,

Defendant.

07 Civ. 9627 (SHS)

## CERTIFICATE OF SERVICE

I, Anthony D. Boccanfuso, the undersigned attorney at law duly admitted to practice in the State of New York, respectfully show that on the 17th day of December, 2007, the annexed:

1. DECLARATION OF INGO W. SPRIE, JR. IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

2. PLAINTIFF'S NOTICE OF MOTION FOR SUMMARY JUDGMENT

3. PLAINTIFF'S STATEMENT OF UNDISPUTED MATERIAL FACTS PURSUANT TO LOCAL CIVIL RULE 56.1

4. MEMORANDUM OF LAW.

were served by hand delivery upon:

>Joseph Serino, Jr.
>Atif Khawaja
>KIRKLAND & ELLIS LLP
>Citigroup Center
>153 East 53rd Street
>New York, New York 10022-4611

Anthony D. Boccanfuso