Joseph Serino, Jr.
Atif Khawaja
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone: 212-446-4800
Facsimile:  212-446-4900

*Counsel for Defendant International Paper Co.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS, LP,<br><br>                 Plaintiff,<br><br>- against -<br><br>INTERNATIONAL PAPER CO.,<br><br>                 Defendant. | Case No.:    07 CV 9627 (SHS) (THK)<br><br>ECF Case<br><br>DEFENDANT'S NOTICE OF RULE 56(f) MOTION FOR CONTINUANCE AND DISCOVERY TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY <u>JUDGMENT</u> |

      PLEASE TAKE NOTICE that, upon the attached Declaration of Joseph Serino, Jr., declared to on January 22, 2008, and the accompanying memorandum in support, the undersigned move before the Honorable Sidney H. Stein, Judge of the United States District Court for the Southern District of New York, at the United States District Courthouse located at 500 Pearl Street, New York, NY 10007, at a time and place to be scheduled by this Court, for an order for continuance and discovery pursuant to Fed. R. Civ. P. 56(f) to respond to Plaintiff's Motion for Summary Judgment.

|  |  |
|---|---|
| Dated: January 22, 2008<br>New York, New York | KIRKLAND & ELLIS LLP<br><br>/s Joseph Serino, Jr.<br><br>Joseph Serino, Jr.<br>Atif Khawaja<br>Citigroup Center<br>153 East 53rd Street<br>New York, New York  10022-4611<br>Telephone:    (212) 446-4800<br>Facsimile:    (212) 446-4900<br><br>*Counsel for Defendant International Paper Co.* |