UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS, LP,<br><br>     Plaintiff,<br><br>- against -<br><br>INTERNATIONAL PAPER CO.,<br><br>     Defendant. | Case No.:  07 CV 9627 (SHS) (THK)<br><br>ECF CASE |

## CERTIFICATE OF SERVICE

  I, Atif Khawaja, the undersigned attorney of law duly admitted to practice in New York, hereby certify that on January 22, 2008, I caused a true and correct copy of the following documents:

- Defendant's Notice of Rule 56(f) Motion for Continuance and Discovery to Respond to Plaintiff's Motion for Summary Judgment (D.I. 20);

- Declaration of Joseph Serino, Jr (D.I. 21); and

- Defendant's Memorandum of Law In Support of Its Rule 56(f) Motion for Continuance and Discovery to Respond to Plaintiff's Motion for Summary Judgment (D.I. 22)

to be served by hand delivery on counsel of record for Plaintiff Georgia-Pacific Consumer Products, LP:

    Ingo W. Sprie Jr
    David G. Kleiman
    ARNOLD & PORTER LLP
    399 Park Avenue
    New York, New York 10022-4690

                ___/s Atif Khawaja_____
                Atif Khawaja