Exhibit C

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Citigroup Center
153 East 53rd Street
New York, New York 10022-4611

Joseph Serino, Jr.
To Call Writer Directly:
(212) 446-4913
jserino@kirkland.com

(212) 446-4800

www.kirkland.com

Facsimile:
(212) 446-4900
Dir. Fax: (212) 446-4900

December 20, 2007

**By Fax**

The Honorable Sidney H. Stein
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St., Room 1010
New York, NY 10007

Re: *Georgia-Pacific Consumer Prods., LP v. International Paper Co.*, (No. 07-CV-9627 (SHS) (THK))

Your Honor:

On behalf of Defendant International Paper Company ("International Paper"), I write in reply to Ingo Sprie's letter of today.

First, I take very seriously the suggestion that Mr. Sprie was not properly served our prior letter. As the fax confirmation attached hereto shows, that is not correct. Mr. Sprie was simultaneously and timely served in accord with this Court's practice.

Second, Georgia-Pacific is incorrect that International Paper's Rule 12(b)(6) dismissal motion and Plaintiff's motion for judgment are "two sides of the same coin." Indeed, there is a significant difference between determining whether a Plaintiff's complaint recites a valid claim for relief, on the one hand, and granting that relief and judgment to a Plaintiff, on the other. Moreover, as Mr. Sprie's letter indicates, Plaintiff's motion for summary judgment raises issues well beyond International Paper's motion to dismiss. For example, Mr. Sprie refers to "the interpretation of two contracts," whereas the pending motion to dismiss raises only one. And notwithstanding Mr. Sprie's contention that the contracts should now be interpreted as a matter of law without the benefit of any discovery, Plaintiff's motion for summary judgment injects significant extrinsic evidence not previously produced to International Paper and certainly not cited in its motion to dismiss. *See* D.I. 15, compare D.I. 10.

Chicago     Hong Kong     London     Los Angeles     Munich     San Francisco     Washington, D.C.

## KIRKLAND & ELLIS LLP

The Honorable Sidney H. Stein
December 20, 2007
Page 2


Finally, with regard to Plaintiff's agreement to a reasonable extension, International Paper proposes that it file its reply papers on its motion to dismiss on January 11, 2008. And, to the extent the Court does not stay Georgia-Pacific's summary judgment motion, International Paper requests that it be permitted to respond under Rule 56 by January 25, 2008.


                                             Respectfully submitted,

                                             /s/ Joseph Serino, Jr.
                                             Joseph Serino, Jr.


Enclosure

cc:     Ingo W. Sprie, Jr., Esq. (by fax)
        David G. Kleiman, Esq. (by fax)

12/18/2007 17:33 FAX                                                                ☒001

```
        ********************************
        ***   MULTI TX/RX REPORT    ***
        ********************************

TX/RX NO              0549
PGS.                  3
TX/RX    COMPLETE

TRANSACTION OK
                      (1)    912128057924
                      (2)    912127151399
```

# KIRKLAND & ELLIS LLP
*Fax Transmittal*

Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Phone: (212) 446-4800
Fax: (212) 446-4900

---

Please notify us immediately if any pages are not received.

THE INFORMATION CONTAINED IN THIS COMMUNICATION IS CONFIDENTIAL, MAY
BE ATTORNEY-CLIENT PRIVILEGED, MAY CONSTITUTE INSIDE INFORMATION, AND
IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE. UNAUTHORIZED USE,
DISCLOSURE OR COPYING IS STRICTLY PROHIBITED AND MAY BE UNLAWFUL.

IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR,
PLEASE NOTIFY US IMMEDIATELY AT:
(212) 446-4800.

| To: | Company: | Fax #: | Direct #: |
|---|---|---|---|
| The Honorable Sidney H. Stein | U.S. District Court for the Southern District of New York | (212) 805-7924 | (212) 805-0192 |
| CC: | Company: | Fax #: | Direct #: |
| Ingo W. Sprie | Arnold & Porter | (212) 715-1399 | (212) 715-1000 |
| David G. Kleiman | Arnold & Porter | (212) 715-1399 | (212) 715-1000 |
| From: | Date: | Pages w/cover: | Fax #: | Direct #: |
| Joseph Serino, Jr. | December 18, 2007 | 3 | (212) 446-4900 | (212) 446-4913 |

*Message:*

Please see attached correspondence for *Georgia-Pacific Consumer Prods., LP v. International Paper Co.* (No. 07-CV-9627 (SHS) (THK)).