Exhibit E

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GEORGIA-PACIFIC CONSUMER
PRODUCTS, LP,

        Plaintiff,

- against -

INTERNATIONAL PAPER CO.,

        Defendant.

Case No.: 07 CV 9627 (SHS) (THK)

ECF CASE

---

### STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties herein, that the time within which Defendant International Paper Co. may respond to Plaintiff's Motion for Summary Judgment be extended from January 4, 2008 to and including January 21, 2008. Defendant International Paper has raised the subject of this relief previously in correspondence with the Court that has not yet been ruled upon.

Dated: January 3, 2008

_____
Ingo W. Sprie, Jr.
David G. Kleiman
ARNOLD & PORTER LLP
399 Park Avenue
New York, New York 10022-4690
Telephone: (212) 715-1000
Facsimile: (212) 715-1399

*Counsel for Plaintiff Georgia-Pacific Consumer Products, LP*

_____
Joseph Serino, Jr.
Atif Khawaja
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

*Counsel for Defendant International Paper Co.*

SO ORDERED 1/7/08

_____
SIDNEY H. STEIN
U.S.D.J.