UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS, LP,<br><br>Plaintiff,<br><br>-against-<br><br>INTERNATIONAL PAPER COMPANY,<br><br>Defendant. | 07 Civ. 9627 (SHS) |

### CERTIFICATE OF SERVICE

I, Anthony D. Boccanfuso, the undersigned attorney at law duly admitted to practice in the State of New York, respectfully show that on the 29th day of January, 2008, the following:

    1. **PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S REQUEST FOR DISCOVERY AND IN FURTHER SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**; and

    2. **DECLARATION OF INGO W. SPRIE, JR. IN OPPOSITION TO DEFENDANT'S RULE 56(f) REQUEST FOR DISCOVERY AND IN FURTHER SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT.**

were served by hand delivery upon:

    Joseph Serino, Jr.
    Atif Khawaja
    KIRKLAND & ELLIS LLP
    Citigroup Center
    153 East 53rd Street
    New York, New York 10022-4611

_____
Anthony D. Boccanfuso