UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS, L.P., | |
| Plaintiff, | Case No.:  07 CV 9627 (SHS) (THK) |
| - against - | ECF CASE |
| INTERNATIONAL PAPER CO., | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I, Atif Khawaja, the undersigned attorney of law duly admitted to practice in New York, hereby certify that on February 8, 2008, I caused a true and correct copy of Defendant International Paper's Reply In Support of Its Rule 56(f) Motion for Continuance and Discovery to Respond to Plaintiff's Motion for Summary Judgment (D.I. 27), to be served by hand delivery on counsel of record for Plaintiff Georgia-Pacific Consumer Products, L.P.:

Ingo W. Sprie Jr
David G. Kleiman
ARNOLD & PORTER LLP
399 Park Avenue
New York, New York 10022-4690

     /s Atif Khawaja
Atif Khawaja