**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
GEORGIA-PACIFIC CONSUMER PRODUCTS, LP,

                Plaintiff,

-against-

INTERNATIONAL PAPER COMPANY,
                Defendant.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/08

07 **CIVIL** 9627 (SHS)

**JUDGMENT**

      Defendant having moved to dismiss; plaintiff having cross-moved for summary judgment, and the matter having come before the Honorable Sidney H. Stein, United States District Judge, and the Court, on July 16, 2008, having rendered its Opinion and Order denying International Paper's motion to dismiss the complaint and granting Georgia-Pacific's motion for summary judgment in its favor for a declaration that the Riegel Products Corporation did not assume liabilities under CERCLA by virtue of the 1972 Agreement and that International Paper is not entitled to indemnification from George-Pacific for any clean-up costs associated with the New Jersey Operations to the extent any claim for indemnification is premised on a contention that Riegel Products Corporation assumed liabilities under CERCLA by virtue of the 1972 Agreement, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 16, 2008, International Paper's motion to dismiss the complaint is denied and Georgia-Pacific's motion for summary judgment in its favor for a declaration that the Riegel Products Corporation did not assume liabilities under CERCLA by virtue of the 1972 Agreement and that International Paper is not entitled to indemnification from George-Pacific for any clean-up costs associated with the New Jersey Operations to the extent any claim for

indemnification is premised on a contention that Riegel Products Corporation assumed liabilities under CERCLA by virtue of the 1972 Agreement is granted.

**Dated:**  New York, New York
July 17, 2008

J. MICHAEL McMAHON
_____
Clerk of Court

BY: _____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____