UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



FILED U.S. DC
AUG 15 2008
S.D. OF N.Y.

GEORGIA-PACIFIC CONSUMER
PRODUCTS, LP,

                 Plaintiff,

    - against -

INTERNATIONAL PAPER CO.,

                 Defendant.

Case No.:  07 CV 9627 (SHS)

ECF CASE

### NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendant International Paper Co. hereby appeals to the United States Court of Appeals for the Second Circuit from:

(i)     A Judgment entered on July 17, 2008 (Docket No. 31), granting Plaintiff a judicial declaration that the Riegel Products Corporation did not assume liabilities under CERCLA by virtue of a 1972 Agreement and that International Paper is not entitled to indemnification from Georgia-Pacific for any clean-up costs associated with the New Jersey Operations to the extent any claim for indemnification is premised on a contention that Riegel Products Corporation assumed liabilities under CERCLA by virtue of the 1972 Agreement.

(ii)     An Opinion and Order entered on July 16, 2008 (Docket No. 30), granting Plaintiff's motion for summary judgment and denying Defendant International Paper Co.'s motion to dismiss Plaintiff's complaint for failure to state a claim.

Dated: August 15, 2008

                                 Respectfully submitted,

                                 Joseph Serino, Jr.
                                 Atif Khawaja
                                 KIRKLAND & ELLIS LLP
                                 153 East 53rd Street
                                 New York, New York  10022-4611
                                 Telephone:    (212) 446-4800
                                 Facsimile:     (212) 446-4900

                                 *Counsel for Defendant International Paper Co.*